990 A.2d 723

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dusty Andrew GAUMER, Petitioner.**

Supreme Court of Pennsylvania.

March 10, 2010.

406

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of March, 2010, the Petition for Allowance of Appeal is hereby **GRANTED.** The order of the Superior Court is **VACATED,** and the matter **REMANDED** to the trial court for resentencing pursuant to *Commonwealth v. Haag,* 981 A.2d 902, 907 (Pa.2009) (if no conviction on previous § 3802 violation occurred before commission of subsequent violation, offender cannot be sentenced as recidivist on subsequent violation). Jurisdiction relinquished.